Theodora Weinstein and Meyer Weinstein, by Harry Gerstein, Their Next Friend, et al., Appellees, v. Samuel N. Levin et al.
Appeal of Samuel N. Levin and Nathan M. Kanter, Appellants.
Gen. No. 42,333.

opinion filed January 7, 1943. Harry H. Ruskin and Isaac M. Mills, for appellants; Deming, Jarrett & Mulfinger, for appellees. Opinion by JUSTICE FRIEND. ''Not to be published in full.''